UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Deborah Sacknievich, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Bay Area Credit Service Inc. and Pendrick Capital Partners II, LLC,

    Defendant.

Docket No: 2:18-cv-02970-JS-GRB

ORDER

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 5, 2018

By: /s Aaron Easley
Aaron Easley, Esq.
3 Cross Creek Drive
Flemington, New Jersey 08822
Tel: (908) 237-1660
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 113662
*Attorneys for Plaintiff*

The Clerk of the Court is directed to mark the case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 8, 2018
Central Islip, NY